IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO JACKSON, | : | Civil No. 3:19-cv-1903 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| JOHN J. TALABER, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 17th day of January, 2020, in accordance with the Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The complaint (Doc. 1) is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge